UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 4:21-cr-00465-RLW-SRW |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT ROETHLE, | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES OF AMERICA'S MOTION TO REVOKE BOND

The United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Derek J. Wiseman, Assistant United States Attorney for said District, files this Motion to Revoke Bond. In support, the United States provides the following.

1. On May 21, 2024, this Court ordered that "Defendant submit to an outpatient psychiatric and/or psychological examination, pursuant to 18 U.S.C. § 4241, for a determination of his mental competency to proceed with trial." Doc. 170, p. 3. This Court further ordered that Defendant's "full participation in this competency examination is required as a condition of his release." Doc. 173 p. 3. In response to this Court's Order, Defendant recently informed the Court that he "will not be attending the psychological evaluation" in violation of his pre-trial release condition. Doc. 175, p. 1.

2. Based on these facts, this Court should revoke its release order under Title 18, United States Code, Section 3148(b). That is because there is "clear and convincing evidence that

[Defendant] has violated [a] condition of release," and Defendant is "unlikely to abide by any condition or combination of conditions of release." *Id.*

Respectfully submitted,

SAYLER A. FLEMING
UNITED STATES ATTORNEY


*/s/ Derek J. Wiseman*
DEREK J. WISEMAN #67257MO
ASSISTANT UNITED STATES ATTORNEY
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200


## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel for the defendant.

*/s/ Derek J. Wiseman*
DEREK J. WISEMAN #67257MO
Assistant United States Attorney